David S. Gingras, CSB #218793
**Gingras Law Office, PLLC**
4802 E. Ray Road, #23-271
Phoenix, AZ 85044
Tel.: (480) 264-1400
Fax: (480) 248-3196
David@GingrasLaw.com

Attorney for Defendant/Counterclaimant
DIRTY WORLD, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL N. WEINBERG, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DIRTY WORLD, LLC, a Delaware limited liability company; DOES 1–10, inclusive,<br><br>Defendants. | Case No: 2:16-CV-09179<br><br><br>**DIRTY WORLD, LLC'S ANSWER AND COUNTERCLAIM** |
| DIRTY WORLD, LLC,<br><br>Counterclaimant,<br><br>vs.<br><br>PAUL N. WEINBERG, an individual,<br><br>Counterdefendant. | |

Defendant DIRTY WORLD, LLC ("DW") Answers the Complaint of PAUL N. WEINBERG ("Plaintiff" or "Weinberg") as follows:

1.      Admit.

2.      Admit.

3.      Admit DW owns and operates a website located at TheDirty.com, and admit that DW is subject to personal jurisdiction in California.

4.      Deny.

5.      Admit TheDirty.com was founded by Nik Lamas-Richie.

GINGRAS LAW OFFICE, PLLC
4802 EAST RAY ROAD, #23-271
PHOENIX, AZ 85044

---

**ANSWER OF DEFENDANT DIRTY WORLD, LLC**

6.    Deny.

7.    Admit DW made certain comments to Plaintiff's counsel which speak for themselves.

8.    Deny.

9.    Admit.

10.    Admit federal question jurisdiction exists pursuant to 28 U.S.C. § 1338(a).

11.    Admit DW is subject to personal jurisdiction in California.

12.    Deny, and affirmatively allege that venue in copyright cases is controlled by 28 U.S.C. § 1400(a), not 28 U.S.C. § 1391.

13.    Admit on January 9, 2012, a post was submitted to TheDirty.com entitled "Porta Potties Do Fall In Love" which was automatically assigned Post ID #1128246 ("Post #1128246"), a copy of which is shown below.



1   Upon information and belief, the photograph contained in Post ID #1128246 is the

2   image described as "Photo 2" in ¶ 13 of Plaintiff's Complaint.

3   Further admit on July 12, 2012, a different post was submitted to TheDirty.com

4   entitled "My Husband Flies His Own Plane And It's Sexy" which was automatically

5   assigned Post ID #1259844 ("Post #1259844"), a copy of which is shown below.

6

7   # My Husband Flies His Own Plane And It's Sexy

8   ⊘ Jul 12th, 2012 – 10:54 AM                    ⚑ Report    → Share

9

10           🔗 https://gossip.thedirty.com/?p=1259844

11

12  

13

14

15

16

17  **THE DIRTY ARMY:** Nik, let me introduce you to this couple Paul Weinberg and Shay Londre. So what

18  happened is Londre posted this pic on her facebook, "my husband flies his own plane and it is sexy."

    However, every time I saw her, I thought she is super ugly and awkward looking. Nik, do you have any clue

19  how can this women get married to that rich guy and is a model. (although I have never notice her in any

    magazine or runway shoe but she is a model lol).

20  **Her ears worry me.- nik**

21

22  Upon information and belief, the photograph contained in Post ID #1259844 is the

23  image described as the "Video Image" of Plaintiff's Complaint.

24  DW is unaware of the location or identity of the image described as "Photo 1" in ¶

25  13 of Plaintiff's Complaint.

26  14.    Deny.

27  15.    Admit DW made certain comments to Plaintiff's counsel which speak for

28  themselves.

GINGRAS LAW OFFICE, PLLC
4802 EAST RAY ROAD, #23-271
PHOENIX, AZ 85044

3

**DIRTY WORLD, LLC'S ANSWER & COUNTERCLAIM**

16.    DW lacks sufficient information upon which to form a belief regarding the accuracy of these allegations and therefore denies same.

17.    DW lacks sufficient information upon which to form a belief regarding the accuracy of these allegations and therefore denies same.

18.    Admit.

19.    Admit DW's counsel made certain comments to Plaintiff's counsel which speak for themselves.

20.    Admit as of the date of the filing of Plaintiff's Complaint, the photograph contained in Post ID #1259844, also known as the "Video Image" has not been removed from TheDirty.com, and that such remains published at the following address: https://gossip.thedirty.com/hollywood/my-husband-flies-his-own-plane-and-its-sexy/ and/or https://gossip.thedirty.com/?p=1259844 (shortlink).

21.    Deny.

22.    Deny.

23.    N/A

24.    Deny.

25.    Deny.

## GENERAL DENIAL

DW generally denies all allegations in the Complaint except for those matters which are expressly admitted herein.

## FIRST AFFIRMATIVE DEFENSE
(Digital Millennium Copyright Act)

Plaintiff's claims are barred, in whole or in part, by the safe harbor provisions of the Digital Millennium Copyright Act, 17 U.S.C. § 512(c).

GINGRAS LAW OFFICE, PLLC
4802 EAST RAY ROAD, #23-271
PHOENIX, AZ 85044

**DIRTY WORLD, LLC'S ANSWER & COUNTERCLAIM**

**GINGRAS LAW OFFICE, PLLC**
**4802 EAST RAY ROAD, #23-271**
**PHOENIX, AZ 85044**

## SECOND AFFIRMATIVE DEFENSE
(Fair Use)

Plaintiff's claims are barred, in whole or in part, because DW's use of any images owned by Plaintiff was fair pursuant to 17 U.S.C. § 107.

## THIRD AFFIRMATIVE DEFENSE
(Failure To Register)

Plaintiff's claims are barred, in whole or in part, because the works in question are not registered or preregistered with the United States Copyright Office pursuant to 17 U.S.C. § 411(a).

## FOURTH AFFIRMATIVE DEFENSE
(Lack of Standing)

Plaintiff's claims are barred, in whole or in part, because Plaintiff was not the lawful owner of any exclusive rights in any works which are the subject of this action at the time such works were allegedly infringed.

## FIFTH AFFIRMATIVE DEFENSE
(Statute of Limitations)

To the extent Plaintiff seeks damages for any period prior to December 12, 2013, such claims are barred by 17 U.S.C. § 507(b).

## SIXTH AFFIRMATIVE DEFENSE
(Unclean Hands)

To the extent Plaintiff seeks any equitable relief, Plaintiff's claims are barred, in whole or in part, because Plaintiff acted unlawfully with respect to the subject matter of this action by, inter alia, falsely representing that the images in question were owned by Plaintiff and by falsely representing that DW's use of such images was infringing.

## JURY DEMAND

DW demands a trial by jury as to all issues so triable.

**DIRTY WORLD, LLC'S ANSWER & COUNTERCLAIM**

**WHEREFORE**, having fully answered Plaintiff's Complaint, Defendant DIRTY WORLD, LLC prays for the following relief:

A.     Dismiss Plaintiff's Complaint with prejudice and order that Plaintiff take nothing thereby;

B.     Deny, with prejudice, all equitable relief requested by Plaintiff;

C.     Award judgment for all reasonable attorney's fees and costs incurred in the defense of this matter pursuant to 17 U.S.C. § 505.

D.     Any other relief deemed appropriate by the Court.

## COUNTERCLAIM

### PARTIES

1.     Counterclaimant DIRTY WORLD, LLC ("DW") is a limited liability company formed under the laws of Delaware on September 14, 2007.

2.     Since its inception, DW's principal and sole place of business has been located in Phoenix, Arizona.

3.     Counterdefendant PAUL N. WEINBERG ("Weinberg") is an individual residing in Los Angeles, California.

4.     Upon information and belief, Weinberg is currently married to non-party SHAY LONDRE ("Londre").

5.     Upon information and belief, Weinberg has been in a relationship with Ms. Londre since at least January 1, 2012.

### JURISDICTION/VENUE

6.     This Court has federal question jurisdiction over DW's counterclaim pursuant to 28 U.S.C. §§ 1331 and § 1338(a) because the counterclaim arises under federal statute, specifically 17 U.S.C. § 512(f).

7.     Pursuant to 28 U.S.C. § 1400(a) venue is proper in this judicial district.

### ALLEGATIONS COMMON TO ALL CLAIMS

8.     Since its formation in September 2007, DW has owned and operated a popular news and gossip website located at TheDirty.com ("TheDirty.com").

GINGRAS LAW OFFICE, PLLC
4802 EAST RAY ROAD, #23-271
PHOENIX, AZ 85044

6

**DIRTY WORLD, LLC'S ANSWER & COUNTERCLAIM**

9.    Among other things, TheDirty.com allows third party users to upload content, news, photos, videos, and all forms of commentary on virtually any topic.

10.    Content appearing on TheDirty.com can be viewed free of charge.

11.    DW does not charge anything to users who wish to upload content to TheDirty.com.

12.    DW does not charge anything to visitors who wish to view content submitted by others.

13.    Although users of TheDirty.com can upload content relating to any topic whatsoever, since 2007, TheDirty.com has been involved in breaking many major local and national news stories including, but not limited to:

      a.    In 2009, TheDirty.com published several nearly-nude photos of Miss USA contestant Carrie Prejean who had initially denied ever taking any such photos.    The scandal eventually resulted in pageant owner, president-elect Donald Trump, terminating Prejean's contract thereby stripping her of her title as Miss California.

      b.    In 2010, former U.S. Congressman Ben Quayle initially denied rumors that he was involved in creating posts on the site. Several weeks later, Quayle changed his story and admitted that he wrote material for the site using the pseudonym "Brock Landers".

      c.    In 2013, TheDirty.com published a story accusing former U.S. Congressman and New York City mayoral candidate Anthony Weiner of sending steamy photos/text messages to an unidentified woman. Congressman Weiner later admitted the story was true.

      d.    In March 2015, TheDirty.com published several explicit text messages between Indiana Democratic House of Representatives member Justin Moed and a young woman, Sydney Leathers.

14.    As of January 2017, TheDirty.com contains more than 160,000 unique posts and many tens of millions of comments submitted by third party users.

GINGRAS LAW OFFICE, PLLC
4802 EAST RAY ROAD, #23-271
PHOENIX, AZ 85044

7

**DIRTY WORLD, LLC'S ANSWER & COUNTERCLAIM**

15.    Because material appearing on TheDirty.com is generally submitted by third parties, the subjects and topics of discussion are extremely diverse and wide-ranging.  However, many posts are focused on scrutinizing, discussing, and/or criticizing unusual people, unusual conduct, and unusual events.

16.    For example, in September 2012, a third party user of TheDirty.com submitted a post to the site entitled: "Arizona State University This Is Just Wrong" which was originally published at this address:  http://thedirty.com/2012/09/arizona-state-university-this-is-just-wrong/ (the "ASU Baby Post").

17.    The ASU Baby Post contained a photograph taken in 2012 in Arizona at or around an ASU football game with numerous ASU students present. The photo appeared to show a male individual holding a small child wearing diapers being given beer from a keg in what is commonly referred to as a "keg stand" as shown below"



GINGRAS LAW OFFICE, PLLC
4802 EAST RAY ROAD, #23-271
PHOENIX, AZ 85044

18.    The photograph contained in the ASU Baby Post and the events it depicted gained substantial national and international media attention from multiple sources including, but not limited to, Fox News, the Huffington Post, the Phoenix New Times, and UK-based news outlet The Daily Mail, among dozens of others.

19.    Due to the national media attention created by the story, the photograph contained in the ASU Baby Post and the events it depicted were widely copied and republished by mainstream media sources including Fox News, as depicted below.



20.    The ASU Baby Post is typical of content regularly appearing on TheDirty.com.  In general, users of the site often:

    a.    Upload photos and stories depicting unusual or controversial people, places, or events which they believe are deserving of discussion;

GINGRAS LAW OFFICE, PLLC
4802 EAST RAY ROAD, #23-271
PHOENIX, AZ 85044

9

b. Other users of TheDirty.com, sometimes but not always including its founder Nik Lamas-Richie, will post comments about the submitted material which conveys their views and opinions which may be positive, negative, or neutral.

21.    In keeping with this theme, on January 9, 2012, a post was submitted to TheDirty.com entitled "Porta Potties Do Fall In Love" which was automatically assigned Post ID #1128246 ("Post #1128246"), a copy of which is shown below.



## Porta Potties Do Fall In Love

⊙ Jan 9th, 2012 – 8:00 AM    ⚑ Report    ➤ Share

🔗 https://thedirty.com/?p=1128246

THE DIRTY ARMY: Nik, here is another pic of Kristen Sanne since she was so popular before on this site. This is her and her Boyfriend Robert Flaxman over new years. The picture pretty much says 1000 words.. keeping it classy lol! Nik, what do you think?

I think we should call her *"Tax Write Off"* aka TWO.- nik

22.    Many posts on TheDirty.com employ a unique Internet vernacular which may include abbreviations, non-literal phrases and slang terms created either by Mr. Richie or by the public in general.

GINGRAS LAW OFFICE, PLLC
4802 EAST RAY ROAD, #23-271
PHOENIX, AZ 85044

**DIRTY WORLD, LLC'S ANSWER & COUNTERCLAIM**

23.    The phrase "Porta Potty" is a common, widely used non-literal slang term which has been defined as follows: "Expensive escorts bought by rich Arab and European men to go on 'yacht parties' for $30,000+ a piece. In reality these women are brought onto these boats to get shit and pissed on, hence the name Porta Potties." *See* http://www.urbandictionary.com/define.php?term=port-a-potty.

24.    In the modern Internet vernacular, the term "Porta Potty" is roughly equivalent to the earlier and more traditional epithet, "Gold Digger"; i.e., a younger, often attractive female who deliberately pursues romantic relationships with wealthy older men, usually with some hope of personal financial gain.

25.    Some members of the public, including Mr. Richie, believe that "Gold Digging" is a morally and socially harmful and unacceptable practice, and that women who pursue wealthy men primarily for financial gain rather than for other reasons are deserving of criticism.

26.    Post #1128246 contained a single image which was stored on TheDirty.com's servers at the direction of a third party user of the site.

27.    Upon information and belief, the image contained in Post #1128246 was not created by Mr. Weinberg, nor was the image created as a work made for hire within the meaning of 17 U.S.C. § 101.

28.    Upon information and belief, the image contained in Post #1128246 depicts Mr. Weinberg in a grey shirt and Ms. Londre in a black dress appearing in the center of the photograph between another couple.

29.    According to the text included in the post, the image depicts a young woman named Kristen Sanne, alongside Ms. Londre and Mr. Weinberg.  In the photo, Ms. Sanne appears to be wearing underwear or lingerie in a setting which some people may believe is inappropriate.

30.    Viewed in the context of TheDirty.com, the purpose of Post #1128246 was to comment on the conduct of, and to criticize, Ms. Sanne, both in terms of her clothing and her general behavior.

GINGRAS LAW OFFICE, PLLC
4802 EAST RAY ROAD, #23-271
PHOENIX, AZ 85044

DIRTY WORLD, LLC'S ANSWER & COUNTERCLAIM

31.     The use of the term "Porta Potty" in the title of Post #1128246, while surely derogatory, was intended to criticize Ms. Sanne by suggesting that she was a "Gold Digger"; i.e., she was involved in a romantic relationship with the wealthy older gentleman shown in the photo.

32.     Post #1128246 did not specifically mention Ms. Londre or Mr. Weinberg.

33.     Several months after Post #1128246 was published, on July 12, 2012, a different post was submitted to TheDirty.com entitled "My Husband Flies His Own Plane And It's Sexy" which was automatically assigned Post ID #1259844 ("Post #1259844"), a copy of which is shown below.  This post remains published at the following address: https://gossip.thedirty.com/hollywood/my-husband-flies-his-own-plane-and-its-sexy/ and/or https://gossip.thedirty.com/?p=1259844 (shortlink).



34.     Post #1259844 contained a single photograph which was stored on TheDirty.com's servers at the direction of a third party user of the site.

GINGRAS LAW OFFICE, PLLC
4802 EAST RAY ROAD, #23-271
PHOENIX, AZ 85044

DIRTY WORLD, LLC'S ANSWER & COUNTERCLAIM

35.     Upon information and belief, the image contained in Post #1259844 was not created by Mr. Weinberg, nor was the image created as a work made for hire within the meaning of 17 U.S.C. § 101.

36.     Upon information and belief, the image contained in Post #1259844 was a single-frame screenshot taken from part of a much longer video in which Ms. Londre and Mr. Weinberg appear standing in front of a small plane.

37.     Ms. Londre is, among other things, an aspiring model and socialite.

38.     As part of her efforts to gain notoriety as a model, Ms. Londre has actively promoted her work by publishing large numbers of photos on a variety of websites. Such photos include Ms. Londre modeling underwear and similar attire as shown below.



GINGRAS LAW OFFICE, PLLC
4802 EAST RAY ROAD, #23-271
PHOENIX, AZ 85044

39.     Ms. Londre's efforts to gain notoriety as a model have met with some level of success.  For example, as of January 2017, Ms. Londre's Instagram profile contained more than 300 published photos and was followed by more than 22,000 individuals.

40.     Shortly after commencing this action, Ms. Londre changed her Instagram profile from public to private.  However, during the past several years, Ms. Londre has actively endeavored to promote herself by publishing modeling photos and by publishing photos flaunting her and Mr. Weinberg's wealth.

41.     Upon information and belief, at some time prior to July 12, 2012, Ms. Londre published the image contained in Post #1259844 on her Facebook page along with a comment which read: "My husband flies his own plane and it is sexy", or words to that effect. At that time, images and certain comments published on Ms. Londre's Facebook page were openly visible to the public.

42.     Ms. Londre's efforts to promote herself and to boast about her wealth and lifestyle, and her comments regarding the same, have attracted both positive and negative attention. One form of negative attention was the criticism found in Post #s 1128246 and 1259844 on TheDirty.com.

43.     Ms. Londre and Mr. Weinberg were unhappy about the criticism found in Post #s 1128246 and 1259844.

44.     In an effort to silence this criticism, on January 9, 2014, Ms. Londre and Mr. Weinberg sent a letter to DW, a copy of which is attached hereto as Exhibit A.  The January 9, 2014 letter demanded that DW remove the images contained in Post #s 1128246 and 1259844 on the basis that those images were "infringing".

45.     Immediately upon receipt of the January 9, 2014 letter, DW responded later that same day via email through counsel.  A copy of DW's response is attached hereto as Exhibit B.  Among other things, DW's response to Ms. Londre and Mr. Weinberg's counsel stated:

> I have received and reviewed your correspondence.  In order to consider your request, I will need additional information.

GINGRAS LAW OFFICE, PLLC
4802 EAST RAY ROAD, #23-271
PHOENIX, AZ 85044

14

DIRTY WORLD, LLC'S ANSWER & COUNTERCLAIM

Specifically, if your client claims to own the copyright to any photos located on www.thedirty.com, I need to receive an original copy of the digital image file for each allegedly infringed photo. By "original copy" I mean I need to receive the digital file as it was originally created on the camera or phone used to created the photo (as opposed to a copy which was uploaded to Facebook, Instagram, or any similar site). These files must contain the original EXIF/meta data showing the date/time the images were created.

I am requesting this information in an attempt to confirm that your client does, in fact, own the copyright to the images in question. Unfortunately, it is extremely common for individuals to falsely assert claims of copyright ownership in this situation, despite the fact that doing so is unlawful per 17 U.S.C. § 512(f). To address that concern, I need to confirm that your client actually owns the copyright to each photo at issue.

46.     Later that same day, on January 9, 2014, counsel for Ms. Londre and Mr. Weinberg responded via email, a copy of which is attached hereto as <u>Exhibit C</u>.

47.     In his response, counsel for Ms. Londre and Mr. Weinberg refused to comply with DW's request for additional information and demanded that DW immediately comply with the removal request.

48.     Upon information and belief, Ms. Londre and Mr. Weinberg refused to comply with DW's request for additional information because they knew that they were not the creators or owners of any exclusive rights in two of the images in question.

49.     Upon information and belief, Ms. Londre and Mr. Weinberg refused to comply with DW's request for additional information because they knew that DW's use of the images in question was not infringing.

50.     DW did not remove any images in response to the January 9, 2014 correspondence from Plaintiff.

51.     More than a year later, on August 4, 2015, Ms. Londre and Mr. Weinberg sent another letter to DW, a copy of which is attached hereto as <u>Exhibit D</u>. Despite previously refusing to provide any additional information to support their infringement claims, Ms. Londre and Mr. Weinberg's counsel provided some limited additional information regarding the images contained in Post #s 1128246 and 1259844.

GINGRAS LAW OFFICE, PLLC
4802 EAST RAY ROAD, #23-271
PHOENIX, AZ 85044

**DIRTY WORLD, LLC'S ANSWER & COUNTERCLAIM**

52.    Upon receiving the August 4, 2015 correspondence, DW removed the sole image contained in Post #1128246, and it removed a second image contained in Post #1259844 which appeared to be a "selfie" taken by Ms. Londre in a car mirror. However, DW did not remove the photo in Post #1259844 which showed Ms. Londre and Mr. Weinberg standing in front of an airplane.

53.    On October 27, 2015, Ms. Londre and Mr. Weinberg sent another letter to DW, a copy of which is attached hereto as Exhibit E.  In this letter, Ms. Londre and Mr. Weinberg's counsel confirmed that DW had removed two images from Post #s 1128246 and 1259844, but the letter continued to demand the removal of the photo in Post #1259844 which showed Ms. Londre and Mr. Weinberg standing in front of an airplane.

54.    Once again, DW did not remove the photo in Post #1259844 which showed Ms. Londre and Mr. Weinberg standing in front of an airplane.

55.    On September 6, 2016, Ms. Londre and Mr. Weinberg sent another letter to DW, a copy of which is attached hereto as Exhibit F.  As before, the letter demanded the removal of the photo in Post #1259844 which showed Ms. Londre and Mr. Weinberg standing in front of an airplane.  Once again, DW refused to comply with this demand.

56.    Based on DW's refusal to remove the photo in Post #1259844, Mr. Weinberg commenced this action on December 12, 2016.

## FIRST CAUSE OF ACTION

## (False DMCA Notice Liability; 17 U.S.C. § 512(f))

57.    Plaintiff incorporates the above allegations as if fully set forth herein.

58.    On one or more dates including January 9, 2014, August 4, 2015, October 27, 2015, and/or September 9, 2016, Mr. Weinberg sent DW a written notification of claimed infringement within the meaning of 17 U.S.C. § 512(c)(3). These notices demanded the removal of images contained within Post #s 1128246 and 1259844.

59.    At the time each notification of claimed infringement was sent, Mr. Weinberg knowingly materially misrepresented that the images in question were infringing because the use of the images was fair pursuant to 17 U.S.C. § 107 and was

16

**DIRTY WORLD, LLC'S ANSWER & COUNTERCLAIM**

GINGRAS LAW OFFICE, PLLC
4802 EAST RAY ROAD, #23-271
PHOENIX, AZ 85044

therefore non-infringing.  *See Online Policy Group v. Diebold Inc*., 337 F.Supp.2d 1195 (N.D.Cal. 2004).

60.    At the time each notification of claimed infringement was sent, Mr. Weinberg knowingly materially misrepresented that he had formed a good faith belief that the use of the images in question was not fair because he failed to consider fair use at all, and knew that he had failed to do so.  *See Lenz v. Universal Music Corp*., 815 F.3d 1145, 1154 (9th Cir. 2015), cert. denied, 137 S. Ct. 416 (2016).

61.    At the time one or more notifications of claimed infringement were sent, Mr. Weinberg knowingly materially misrepresented that DW's use of the images was infringing because, at that time, Mr. Weinberg knew that he was not the owner of any exclusive rights in at least one or more of the image(s), nor was he authorized to act on behalf of any such owner.

62.    By knowingly and falsely materially misrepresenting that material or activity on DW's website was infringing, Mr. Weinberg violated 17 U.S.C. § 512(f).

63.    As a result of Mr. Weinberg's violations of 17 U.S.C. § 512(f), DW was damaged in an amount to be proven at trial.

64.    As a result of Mr. Weinberg's violations of 17 U.S.C. § 512(f), DW is entitled to an award of attorney's fees and costs.

## **JURY DEMAND**

Dirty World demands trial by jury as to all issues so triable.

**WHEREFORE**, Counterclaimant DIRTY WORLD, LLC prays for judgment against Counterdefendant PAUL N. WEINBERG as follows:

A.    For judgment awarding damages according to proof at trial;

B.    For judgment awarding costs, including attorney's fees, pursuant to 17 U.S.C. §§ 505 and/or 512;

C.    For judgment awarding taxable costs pursuant to 28 U.S.C. § 1920;

D.      Any such other relief deemed appropriate by the Court.

DATED: January 6, 2017.

**GINGRAS LAW OFFICE, PLLC**

/S/ David Gingras
David S. Gingras
Attorney for Defendant/Counterclaimant
Dirty World, LLC

**DIRTY WORLD, LLC'S ANSWER & COUNTERCLAIM**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2017 I transmitted the attached document to the Clerk's Office for filing, and mailed a copy of the foregoing to:

Gary J. Gorham, Esq.
Raskin Gorham Anderson Law
11333 Iowa Avenue
Los Angeles, CA 90025
Attorney for Plaintiff/Counterdefendant

/s/David S. Gingras

**DIRTY WORLD, LLC'S ANSWER & COUNTERCLAIM**

GINGRAS LAW OFFICE, PLLC
4802 EAST RAY ROAD, #23-271
PHOENIX, AZ 85044

Exhibit A

# RASKIN | ANDERSON LAW

The Culver Studios · 9336 W. Washington Blvd., Bldg. C · Culver City, CA 90232                310.202.5544 (o) · 310.202.5540 (f)

January 9, 2014

By E-mail:

LEGAL@THEDIRTY.COM
David@GingrasLaw.com

By Facsimile to David S. Gingras, Esq.: (480) 248-3196

Legal Department
Dirty World, LLC c/o Corporate Creations Network, Inc.
3411 Silverside Road, #104 Rodney Bldg.
Wilmington, DE 19810

David S. Gingras
Gingras Law Office, PLLC
3941 E. Chandler Blvd., #106-243
Phoenix, AZ  85048
Facsimile: (480) 248-3196

Re:     Infringing Postings on www.TheDirty.com of Photographs Owned by Paul
        Weinberg and Shay Londre

Dear Mr. Gingras, et al.:

On behalf of our clients Paul Weinberg and Shay Londre, the copyright holders of certain photographs (the "Photographs") posted on your website "TheDirty.com" (the "Website"), I am writing to you to demand that the Photographs be removed from the Website.

The Photographs have been posted in two posts on the Website.  You can find infringing postings of the Photographs at:

http://thedirty.com/2012/01/porta-potties-do-fall-in-love/

The above post features one of the Photographs, depicting two couples at a party, with one woman's raised leg extended in front of/across all four standing persons.  There are no other photographs in that post.

The other Photographs appear in the post located at:

http://thedirty.com/2012/07/my-husband-flies-his-own-plane-and-its-sexy/

The above post features two of the Photograph.  The first depicts a woman and a man with a private plane behind them; the second is a close-up of the woman.  There are no other photographs in that post.

Each of the Photographs have been reproduced in their entirety.  These postings of the Photographs, and any other uses of the Photographs on the Website, are not authorized by the copyright owners, their licensees, agents, or by law.

Please note that our clients have already sent multiple takedown notices to the operator of the Website.  Despite having had many months to comply, the operator has failed to do so.  Therefore, if the Photographs are not removed from the Website within five (5) business days from today, our clients intend to file a lawsuit.

I hereby certify under penalty of perjury that all statements made in this communication to Dirty World, LLC are accurate, and that I am authorized to act on behalf of the owners of the exclusive rights that are being infringed.

Our clients reserve all of their rights and remedies with respect to this matter, whether arising at law, in equity, or otherwise.

Thank you in advance for your prompt attention to this matter.

Sincerely,

Eric F. Harbert
Attorney-in-Fact
Paul Weinberg and Shay Londre
eharbert@raskinlawllp.com

cc:    Gary Raskin, Esq.
       Mike Anderson, Esq.
       Clients

Exhibit B

**David Gingras, Esq.**

**From:**   David Gingras, Esq. [david@gingraslaw.com]

**Sent:**    Thursday, January 9, 2014 12:20 PM

**To:**       'Beverly Isadore'; 'LEGAL@THEDIRTY.COM'

**Cc:**       'Eric Harbert'; 'Gary Raskin'; 'Mike Anderson'

**Subject:**  RE: Infringing Postings on TheDirty.com of Photographs Owned by Paul Weinberg and Shay
Londre

Mr. Harbert,

I have received and reviewed your correspondence.  In order to consider your request, I will need additional
information.

Specifically, if your client claims to own the copyright to any photos located on www.thedirty.com, I need to
receive an original copy of the digital image file for each allegedly infringed photo.  By "original copy" I mean I
need to receive the digital file as it was originally created on the camera or phone used to created the photo (as
opposed to a copy which was uploaded to Facebook, Instagram, or any similar site).  These files must contain the
original EXIF/meta data showing the date/time the images were created.

I am requesting this information in an attempt to confirm that your client does, in fact, own the copyright to the
images in question.   Unfortunately, it is extremely common for individuals to falsely assert claims of copyright
ownership in this situation, despite the fact that doing so is unlawful per 17 U.S.C. § 512(f).  To address that
concern, I need to confirm that your client actually owns the copyright to each photo at issue.

Until I receive a response from you, I will not be able to advise my client to take any action with respect to your
removal request.

David Gingras, Esq.
Gingras Law Office, PLLC
David@GingrasLaw.com
https://twitter.com/DavidSGingras
http://gingraslaw.com
Tel.: (480) 264-1400
Fax: (480) 248-3196



**From:** Beverly Isadore [mailto:BIsadore@raskinlawllp.com]
**Sent:** Thursday, January 9, 2014 12:04 PM
**To:** LEGAL@THEDIRTY.COM; David@GingrasLaw.com
**Cc:** Eric Harbert; Gary Raskin; Mike Anderson
**Subject:** Infringing Postings on TheDirty.com of Photographs Owned by Paul Weinberg and Shay Londre

Mr. Gingras, et al:

1/5/2017

Please see attached letter.

**Beverly Isadore**
**Assistant to Eric Harbert**
**RASKIN** | **ANDERSON** LAW
**The Culver Studios**
**9336 W. Washington Blvd., Bldg. C**
**Culver City, CA 90232**
**310.202.5544 (o) / 310.202.5540 (f)**
**bisadore@raskinlawllp.com**

1/5/2017

Exhibit C

**David Gingras, Esq.**

| | |
|---|---|
| **From:** | Eric Harbert [EHarbert@raskinlawllp.com] |
| **Sent:** | Thursday, January 9, 2014 2:38 PM |
| **To:** | david@gingraslaw.com; Beverly Isadore; LEGAL@THEDIRTY.COM |
| **Cc:** | Gary Raskin; Mike Anderson |
| **Subject:** | RE: Infringing Postings on TheDirty.com of Photographs Owned by Paul Weinberg and Shay Londre |
| **Attachments:** | dirtwrldDesignatedAgent.pdf |

Mr. Gingras:

Your response is inappropriate and contrary to the legal obligations of your client.

You are the Designated Agent for Dirty World, LLC ("Dirty World"), designated to receive DMCA takedown notices pursuant to 17 USC § 512(c)(2).  Attached is the notice filed by you to that effect in the United States Copyright Office.  The authorized agent of the copyright owner has provided to you a takedown notice that complies with <u>all</u> requirements of 17 USC § 512(c)(3).  You are not entitled to any additional information from the copyright owners or their agent. Rather, Dirty World, which now has actual knowledge of the infringing activity occurring on its website, is required as a matter of law to remove expeditiously the infringing material from its website.  § 512 does not afford Dirty World the right to fabricate an evidentiary process for determination of copyright ownership.  Its obligation is to remove the infringing material immediately.  It may not wait to contact the poster of the infringing material.   It may not seek the original images in question. It may not do anything at all other than remove the infringing material.

Moreover, given that the photographs were misappropriated from our clients' Facebook page and the images depicted in the photographs – personal photographs of our clients, alone or with another couple – your demand to verify the origin or author of the photographs is particularly misguided.

Any failure to do remove the infringing material <u>now</u> may expose Dirty World, LLC to liability.  Given that our clients have sent two prior takedown notices, which have been ignored, our clients are prepared to promptly file suit to avail themselves of all remedies available at law, in equity, or otherwise.

Eric F. Harbert
Attorney at Law
**RASKIN | ANDERSON** LAW
The Culver Studios
9336 W. Washington Blvd., Bldg. C
Culver City, CA 90232
310.202.5544 (o) / 310.202.5540 (f)

**From:** David Gingras, Esq. [mailto:david@gingraslaw.com]
**Sent:** Thursday, January 09, 2014 11:20 AM
**To:** Beverly Isadore; LEGAL@THEDIRTY.COM
**Cc:** Eric Harbert; Gary Raskin; Mike Anderson
**Subject:** RE: Infringing Postings on TheDirty.com of Photographs Owned by Paul Weinberg and Shay Londre

Mr. Harbert,

I have received and reviewed your correspondence.  In order to consider your request, I will need additional information.

Specifically, if your client claims to own the copyright to any photos located on www.thedirty.com, I need to receive an original copy of the digital image file for each allegedly infringed photo.  By "original copy" I mean I need to receive the digital file as it was originally created on the camera or phone used to created the photo (as opposed to a copy which was uploaded to Facebook, Instagram, or any similar site).  These files must contain the original EXIF/meta data showing the date/time the images were created.

I am requesting this information in an attempt to confirm that your client does, in fact, own the copyright to the images in question.  Unfortunately, it is extremely common for individuals to falsely assert claims of copyright ownership in this situation, despite the fact that doing so is unlawful per 17 U.S.C. § 512(f).  To address that concern, I need to confirm that your client actually owns the copyright to each photo at issue.

Until I receive a response from you, I will not be able to advise my client to take any action with respect to your removal request.

David Gingras, Esq.
Gingras Law Office, PLLC
David@GingrasLaw.com
https://twitter.com/DavidSGingras
http://gingraslaw.com
Tel.: (480) 264-1400
Fax: (480) 248-3196



**From:** Beverly Isadore [mailto:BIsadore@raskinlawllp.com]
**Sent:** Thursday, January 9, 2014 12:04 PM
**To:** LEGAL@THEDIRTY.COM; David@GingrasLaw.com
**Cc:** Eric Harbert; Gary Raskin; Mike Anderson
**Subject:** Infringing Postings on TheDirty.com of Photographs Owned by Paul Weinberg and Shay Londre

Mr. Gingras, et al:

Please see attached letter.

**Beverly Isadore**
**Assistant to Eric Harbert**
**RASKIN | ANDERSON** LAW
**The Culver Studios**
**9336 W. Washington Blvd., Bldg. C**
**Culver City, CA 90232**
**310.202.5544 (o) / 310.202.5540 (f)**
**bisadore@raskinlawllp.com**

Exhibit D

# RASKIN GORHAM ANDERSON LAW

The Culver Studios · 9336 W. Washington Blvd., Bldg. C · Culver City, CA 90232          310.202.5544 (o) · 310.202.5540 (f)

August 4, 2015

Via E-mail: Legal@TheDirty.com
David@GingrasLaw.com

Via Facsimile:David S. Gingras, Esq.: (480) 248-3196

Legal Department
Dirty World, LLC c/o Corporate Creations Network, Inc.
3411 Silverside Road, #104 Rodney Bldg.
Wilmington, DE 19810

David S. Gingras
Gingras Law Office, PLLC
3941 E. Chandler Blvd., #106-243
Phoenix, AZ  85048
Facsimile: (480) 248-3196

Re:     Infringing Postings on www.TheDirty.com of Photographs Owned by Paul
        Weinberg and Shay Londre

Dear Mr. Gingras, et al.:

I am following up on correspondence sent to you more than one year ago relating to infringing photographs of Paul Weinberg and Shay Londre on your website "TheDirty.com" (the "Website")  As we previously informed you, Mr. Weinberg and Ms. Londre are the copyright holders of certain photographs (the "Photographs") posted on the Website.

The Photographs have been posted in two posts on the Website.  You can find infringing postings of the Photographs at:

http://thedirty.com/2012/01/porta-potties-do-fall-in-love/

The above post features one of the Photographs, depicting two couples at a party, with one woman's raised leg extended in front of/across all four standing persons.  There are no other photographs in that post.

The other Photograph appears in the post located at:

http://thedirty.com/2012/07/my-husband-flies-his-own-plane-and-its-sexy/

The above post features a photograph of a woman and a man with a private plane behind them.  There are no other photographs in that post.

RASKIN GORHAM ANDERSON LAW

Legal Depatrment
Dirty World, LLC
August 4, 2015
Page 2

Each of the Photographs has been reproduced in its entirety.  These postings of the
Photographs, and any other uses of the Photographs on the Website, are not authorized by
the copyright owners, their licensees, agents, or by law.

In response to your request that these infringing Photographs be removed from the Website
last year, we received a demand that we prove ownership of the Photographs.  We provided
to you in January 2014 all notice as required by 17 USC § 512(c)(3).  Your failure to remove
the infringing works at that time takes you out of the safe harbor, and subjects you to
damages for willful infringement.

Although we have no obligation whatsoever to do so, and solely for the purpose of
establishing ownership of the copyrights in the Photographs, I am also attaching original
JPG with EXIF for the "two couples" image, and for a portrait of Ms. Londre that
previously appeared on the Website.  The image of Mr. Weinberg and Ms. Londre in front
of the airplane is a screen capture of a GoPro video taken by the copyright owners, so there
is no original JPG image. The EXIF is provided.  These images are provided solely for the
purpose of establishing proof of copyright ownership, and they may not be reproduced or
displayed for any purpose.

This is our last request that the infringing photos be taken down, prior to suing for copyright
infringement.

I hereby certify under penalty of perjury that all statements made in this communication to
Dirty World, LLC are accurate, and that I am authorized to act on behalf of the owners of
the exclusive rights that are being infringed.

Nothing herein is a waiver of Mr. Weinberg's and Ms. Londre's rights, at law or in equity, all
of which are reserved.

Sincerely,

Gary J. Gorham
Attorney-in-Fact
Paul Weinberg and Shay Londre
ggorham@raskinlawllp.com

cc:     Gary Raskin, Esq.
        Clients

















Exhibit E

# RASKIN GORHAM ANDERSON LAW

The Culver Studios · 9336 W. Washington Blvd., Bldg. C · Culver City, CA 90232          310.202.5544 (o) · 310.202.5540 (f)

October 27, 2015

By E-mail:

DMCA@THEDIRTY.com
LEGAL@THEDIRTY.com
David@GingrasLaw.com

By Facsimile to David S. Gingras, Esq.: (480) 248-3196

Legal Department
Dirty World, LLC c/o Corporate Creations Network, Inc.
3411 Silverside Road, #104 Rodney Bldg.
Wilmington, DE 19810

David S. Gingras
Gingras Law Office, PLLC
3941 E. Chandler Blvd., #106-243
Phoenix, AZ  85048
Facsimile: (480) 248-3196

Re:    Infringing Postings on www.TheDirty.com of Photographs Owned by Paul
       Weinberg and Shay Londre

Dear Mr. Gingras, et al.:

I am following up on several prior letters sent to you over the course of the past year relating
to infringing photographs of Paul Weinberg and Shay Londre on the website TheDirty.com
(the "Website").

It appears that, in response to our correspondence this past August, TheDirty.com finally removed
the infringing image located at http://thedirty.com/2012/01/porta-potties-do-fall-in-love/.

However, the following infringing image remains posted on TheDirty.com, as it has for over one
year:  http://thedirty.com/2012/07/my-husband-flies-his-own-plane-and-its-sexy/.

We have asked numerous times that this image be taken down.   In response to a demand
from TheDirty.com for evidence of copyright ownership, we provided all the evidence,
months ago.  I enclose for your convenience a copy of my prior correspondence with you on
this issue.

# RASKIN GORHAM ANDERSON LAW

David S. Gingras
October 27, 2015
Page 2

This is our last demand that this image be permanently deleted from TheDirty.com. If the image is not removed by or on November 9, 2015, we will file suit, seeking damages for willful copyright infringement, among other claims.

I hereby certify under penalty of perjury that all statements made in this communication to Dirty World, LLC are accurate, and that I am authorized to act on behalf of the owners of the exclusive rights that are being infringed.

Nothing herein is a waiver of Mr. Weinberg's and Ms. Londre's rights, at law or in equity, all of which are reserved.

Sincerely,

Gary J. Gorham
Attorney-in-Fact
Paul Weinberg and Shay Londre
ggorham@raskinlawllp.com


Encl.
cc:      Gary Raskin, Esq.
         Clients

**Gary Gorham**

| | |
|---|---|
| **From:** | Gary Gorham |
| **Sent:** | Wednesday, August 12, 2015 5:05 PM |
| **To:** | 'david@GingrasLaw.com'; 'DMCA@thedirty.com' |
| **Subject:** | FW: Infringing Postings on www.TheDirty.com of Photographs Owned by Paul Weinberg and Shay Londre |
| **Attachments:** | 8-04-2015 Takedown Notice 8-4-15.pdf |

Mr. Gingras and DMCA administrator:

Please see my attached letter re infringing material.

Gary J. Gorham
RASKIN GORHAM ANDERSON LAW
9336 W. Washington Blvd., Bldg. C
Culver City, CA 90232
E ggorham@raskinlawllp.com
T 310-202-5544
D 310-202-5542
F 310-202-5540

# RASKIN GORHAM ANDERSON LAW

The Culver Studios · 9336 W. Washington Blvd., Bldg. C · Culver City, CA 90232          310.202.5544 (o) · 310.202.5540 (f)

August 4, 2015

Via E-mail: Legal@TheDirty.com
David@GingrasLaw.com

Via Facsimile:David S. Gingras, Esq.: (480) 248-3196

Legal Department
Dirty World, LLC c/o Corporate Creations Network, Inc.
3411 Silverside Road, #104 Rodney Bldg.
Wilmington, DE 19810

David S. Gingras
Gingras Law Office, PLLC
3941 E. Chandler Blvd., #106-243
Phoenix, AZ  85048
Facsimile: (480) 248-3196

Re:    Infringing Postings on www.TheDirty.com of Photographs Owned by Paul
        Weinberg and Shay Londre

Dear Mr. Gingras, et al.:

I am following up on correspondence sent to you more than one year ago relating to infringing photographs of Paul Weinberg and Shay Londre on your website "TheDirty.com" (the "Website")  As we previously informed you, Mr. Weinberg and Ms. Londre are the copyright holders of certain photographs (the "Photographs") posted on the Website.

The Photographs have been posted in two posts on the Website.  You can find infringing postings of the Photographs at:

http://thedirty.com/2012/01/porta-potties-do-fall-in-love/

The above post features one of the Photographs, depicting two couples at a party, with one woman's raised leg extended in front of/across all four standing persons.  There are no other photographs in that post.

The other Photograph appears in the post located at:

http://thedirty.com/2012/07/my-husband-flies-his-own-plane-and-its-sexy/

The above post features a photograph of a woman and a man with a private plane behind them.  There are no other photographs in that post.

# RASKIN GORHAM ANDERSON LAW

Legal Depatrment
Dirty World, LLC
August 4, 2015
Page 2

Each of the Photographs has been reproduced in its entirety. These postings of the Photographs, and any other uses of the Photographs on the Website, are not authorized by the copyright owners, their licensees, agents, or by law.

In response to your request that these infringing Photographs be removed from the Website last year, we received a demand that we prove ownership of the Photographs. We provided to you in January 2014 all notice as required by 17 USC § 512(c)(3). Your failure to remove the infringing works at that time takes you out of the safe harbor, and subjects you to damages for willful infringement.

Although we have no obligation whatsoever to do so, and solely for the purpose of establishing ownership of the copyrights in the Photographs, I am also attaching original JPG with EXIF for the "two couples" image, and for a portrait of Ms. Londre that previously appeared on the Website. The image of Mr. Weinberg and Ms. Londre in front of the airplane is a screen capture of a GoPro video taken by the copyright owners, so there is no original JPG image. The EXIF is provided. These images are provided solely for the purpose of establishing proof of copyright ownership, and they may not be reproduced or displayed for any purpose.

This is our last request that the infringing photos be taken down, prior to suing for copyright infringement.

I hereby certify under penalty of perjury that all statements made in this communication to Dirty World, LLC are accurate, and that I am authorized to act on behalf of the owners of the exclusive rights that are being infringed.

Nothing herein is a waiver of Mr. Weinberg's and Ms. Londre's rights, at law or in equity, all of which are reserved.

Sincerely,

Gary J. Gorham
Attorney-in-Fact
Paul Weinberg and Shay Londre
ggorham@raskinlawllp.com

cc:    Gary Raskin, Esq.
       Clients







Exhibit F

# RASKIN GORHAM ANDERSON LAW

11333 Iowa Ave. · Los Angeles, CA 90025                310.202.5544 (o) · 310.202.5540 (f)

September 9, 2016

By E-mail:

DMCA@THEDIRTY.com
LEGAL@THEDIRTY.com
David@GingrasLaw.com

By Facsimile to David S. Gingras, Esq.: (480) 248-3196

Legal Department
Dirty World, LLC c/o Corporate Creations Network, Inc.
3411 Silverside Road, #104 Rodney Bldg.
Wilmington, DE 19810

David S. Gingras
Gingras Law Office, PLLC
3941 E. Chandler Blvd., #106-243
Phoenix, AZ  85048
Facsimile: (480) 248-3196

Re:    Infringing Posting on www.TheDirty.com of Photographs Owned by Paul
       Weinberg and Shay Londre

Dear Mr. Gingras, et al.:

I am following up on several prior letters sent to you over the course of the past year
relating to infringing photographs of Paul Weinberg and Shay Londre on the website
TheDirty.com (http://thedirty.com/2012/07/my-husband-flies-his-own-plane-and-its-
sexy/).  This is our last demand that this image be permanently deleted from
TheDirty.com.  If the image is not removed by or on September 20, 2016, we will file
suit, seeking damages for willful copyright infringement, among other claims.

# RASKIN GORHAM ANDERSON LAW

Dirty World, LLC
David S. Gingras
April 19, 2016
Page 2

I hereby certify under penalty of perjury that all statements made in this communication
to Dirty World, LLC are accurate, and that I am authorized to act on behalf of the owners
of the exclusive rights that are being infringed.

Nothing herein is a waiver of Mr. Weinberg's and Ms. Londre's rights, at law or in
equity, all of which are reserved.

Sincerely,

Gary J. Gorham
Attorney-in-Fact
Paul Weinberg and Shay Londre
ggorham@raskinlawllp.com

cc:     Gary Raskin, Esq.
        Clients