# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL N. WEINBERG, an individual, | Case No: CV 16-9179-GW(PJWx) |
| Plaintiff, | |
| vs. | **JUDGMENT RE: PLAINTIFF'S INFRINGEMENT CLAIM** |
| DIRTY WORLD, LLC, a Delaware limited liability company; DOES 1–10, inclusive, | |
| Defendants. | |
| DIRTY WORLD, LLC, | |
| Counterclaimant, | |
| vs. | |
| PAUL N. WEINBERG, an individual, | |
| Counterdefendant. | |

This matter having come before the Court on Defendant/Counterclaimant DIRTY WORLD, LLC's ("Dirty World") Motion for Summary Judgment, and the Court having reviewing and considered the pleadings and the arguments of counsel, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, and DECREED as follows:

Defendant Dirty World's Motion for Summary Judgment is granted. The Court finds based on the undisputed evidence presented as follows:

1.) Based on a review of the four factors of 17 U.S.C. § 107 as applied to the undisputed facts of this case, the Court finds that Dirty World's use of the image in question was a fair use and thus did not infringe Plaintiff PAUL N. WEINBERG's ("Weinberg") exclusive rights.

Pursuant to Fed. R. Civ. P. 54(b), the Court finds there is no just reason for delaying the entry of judgment as to Plaintiff's claims. Accordingly, Plaintiff's Complaint is hereby dismissed with prejudice, and Plaintiff is ordered to take nothing therefrom.

Dated: August 16, 2017

---

HON. GEORGE H. WU
United States District Judge