1          UNITED STATES DISTRICT COURT

2     CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3              HONORABLE GEORGE WU

4        UNITED STATES DISTRICT JUDGE PRESIDING

5                    - - -

6
Paul Weinberg,                    )
7                    PLAINTIFF,    )
                                   )
8    VS.                           )   NO. CV 16-9179 GW
                                   )
9    Dirty World, LLC, et al.,     )
                     DEFENDANT,    )
10   _____)

11

12

13       REPORTER'S TRANSCRIPT OF PROCEEDINGS

14            LOS ANGELES, CALIFORNIA

15           MONDAY, JULY 27, 2017

16

17

18       _____

19           KATIE E. THIBODEAUX, CSR 9858
             U.S. Official Court Reporter
20                 Suite 4311
             350 West 1st Street
21           Los Angeles, CA  90012

22

23

24

25

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1   APPEARANCES OF COUNSEL:

 2

 3   FOR PLAINTIFF:

 4        RASKIN GORHAM ANDERSON LAW
          BY:  GARY J. GORHAM
 5        11333 Iowa Avenue
          Los Angeles, CA  90025
 6

 7

 8   FOR DEFENDANT:

 9        GINGRAS LAW OFFICE PLLC
          BY:  DAVID SCOTT GINGRAS
10        3941 E. Chandler Boulevard
          #106-243
11        Phoenix, AZ 85048

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1              LOS ANGELES, CALIFORNIA; MONDAY, JULY 27, 2017

 2                          10:07 A.M.

 3                          - - - - -

 4

 5

 6         THE COURT:  All right.  Let me call the matter of

 7    Weinberg versus Dirty Word -- or Dirty World.  Close.

 8         MR. GORHAM:  Gary Gorham on behalf of the

 9    plaintiff, Mr. Weinberg.

10         THE COURT:  All right.

11         MR. GINGRAS:  Good morning, your Honor.  David

12    Gingras on behalf of defendant.

13         THE COURT:  All right.  We are here on a motion

14    for a summary judgment and a motion to extend the

15    mediation deadline, et cetera.

16              I have issued a tentative on these.  I presume

17    both sides have seen it?

18         MR. GORHAM:  We have seen the tentative, your

19    Honor.

20         THE COURT:  Somebody want to argue something?

21         MR. GORHAM:  Yes.  Please.

22         THE COURT:  All right.

23         MR. GORHAM:  Your Honor, thank you for the

24    thorough tentative.  It certainly addressed every issue.

25    I think we can agree that there were very minimal factual
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1    disputes.  So I will talk a little bit about the law.
 2              I think what this sort of filtered down to as
 3    a fundamental issue that the parties disagree on which I
 4    disagree with the tentative on is the extent of
 5    transformative use.  I think that I read your tentative
 6    ruling, your Honor, where you concluded that the use was
 7    highly transformative.  And I think that is a critical
 8    issue on this, on this motion because I think it really
 9    does tip the balance one way or the other.
10              As we see this, we have an image lifted from a
11    Facebook page selected for publication and published on a
12    commercial website for commercial gain with minimal
13    commentary consisting of a statement that one of the
14    subjects of the image is ugly.  And the commentary from
15    Mr. Nik Lamas-Richie, the owner of this site, that her
16    ears worry me.
17         THE COURT:  It brought a smile to your face,
18    didn't it?  It had some effect.
19         MR. GORHAM:  Well, it certainly -- one of the
20    things I will do a little bit later in my argument which
21    will not be, which will not belabor the point, but I do
22    need to make an offer of proof of what I did learn from
23    Mr. Richie in his deposition and in Dirty World's
24    deposition.  And in the context of the fair use argument,
25    I did ask him what that comment meant, and he couldn't
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1  tell me other than that he was worried.

2       THE COURT:  That he was what?

3       MR. GORHAM:  He was sincerely worried about her

4  ears which I don't think has any transformative value on

5  the image whatsoever.  And, your Honor, you said in your

6  ruling that he disdainfully commented on her ears.  I am

7  not sure that is true at all.  I don't think there was

8  any commentary at all.  He was just worried.

9       The point is I don't think there is any

10 commentary there beyond the statement that one of the

11 subjects of the image is unattractive in the eye of the

12 commenter.

13      THE COURT:  But that is actually the thing that is

14 somewhat ironic here is because, you know, I don't think

15 that the subject is, in fact, that ugly, et cetera, et

16 cetera.  I think that the commentary is kind of like the

17 juxtaposition of on the one hand, the comment that her

18 husband drives a plane or has a plane and that makes him

19 sexy or something to that effect.  And it is kind of like

20 pin-pricking or busting the bubble of certain things in a

21 very juvenile way.

22      One could make the argument that it is almost

23 like a -- could be considered to be a commentary on the

24 person who is making the commentary because, you know, it

25 is kind of almost like a jealousy type of thing.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    One wonders whether or not the persons that the

2    commentator is going out with is even half as ostensibly

3    attractive as the person being depicted in the picture.

4    I mean, there are a lot of things that are potentially

5    going on here that can be considered commentary.

6           You know, but the format is certainly

7    juvenile, and the format is what can I say.  It is not

8    necessarily something to be lauded, but, again,

9    sometimes, you know, you have crude humor and things of

10   that sort.

11       MR. GORHAM:  I understand your point.  We are not

12   arguing about the social utility of the commentary.  We

13   are arguing about --

14       THE COURT:  Whether or not it constitutes

15   commentary at all.  And I do understand that.  But I

16   think it does.  It is sufficient to be commentary

17   because, again, as I indicated, I think it is Footnote 7

18   that it is -- it is not something that is without some

19   sort of purpose in terms of commentary.  Now, one may

20   argue about the whether or not it achieved its purpose,

21   but I think that it is commentary of a sort.

22       MR. GORHAM:  I understand.

23       THE COURT:  It is almost kind of like, I mean, you

24   see that all the time, in fact.  You see all the time

25   comedians and things of that showing a picture of

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
1    something and then making like a comment next to it.  And

2    that is transformative in the sense that it is humorous,

3    and it points out certain things.

4         MR. GORHAM:  I understand your point, your Honor.

5              I think that if you look at it in context, we

6    are talking about a commercial site for commercial

7    purposes.  You did rule that this did have a commercial

8    value which I appreciate.  And, in that context, when you

9    look at this, this is highly distinguishable from a case

10   like Katz which your Honor found somewhat analogous.

11             In Katz, we had not only a non-commercial blog

12   commenting on a public figure of some prominence in

13   Miami.  We had substantial changes to the images being

14   posted, for instance.  There was an image that was a

15   photograph superimposed over a cartoon.  There was a

16   placement of a dunce cap.  There was a mockery with

17   placement of banners.

18        THE COURT:  I think it is part of the thing here

19   is that the commentator did not feel that he needed to

20   alter anything to make the point.  So, therefore, why

21   would there be an attempt to change something when the

22   point is the picture itself and the comment.

23        MR. GORHAM:  Right.  So what you are saying is

24   there is no need to transform it because it is just a

25   comment about an existing image.  I agree with that.
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1   There is absolutely no transformation of the image

2   itself.  It is all about whether or not this minimal

3   commentary is transformative of the image itself, the

4   copyright.

5          So we respectfully disagree on that, your

6   Honor.

7        THE COURT:  Okay.

8        MR. GORHAM:  I would like to make a proffer on the

9   56(d) issue.

10       THE COURT:  All right.

11       MR. GORHAM:  We did have an opportunity to depose

12  Dirty World and Mr. Lamas-Richie.  In that deposition, we

13  learned the following and would submit the following if

14  allowed to do so on a 56(d) basis:

15         Dirty World engages in a vetting and selection

16  process.  Images submitted to Dirty World do not

17  automatically appear on Dirty World's website.  Dirty

18  World filters that content, selects content and in some

19  cases changes the content.  The review includes a

20  commentary, Dirty World sometimes changes the comments

21  made on images or about images submitted to the site.

22         Number two, Dirty World did not expeditiously

23  remove the image from its site upon receipt of any red

24  flag indicia of infringement.  According to Dirty World,

25  it did not remove the image until just before summary

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
1   judgment for strategic purposes.  And as you know from

2   the papers, after that -- after the submission of the

3   summary judgment, we were able to locate it on the site.

4   And it was subsequently taken down.

5           Third, Dirty World does confirm --

6           THE COURT:  All you are demonstrating is that they

7   perhaps didn't have the courage of their convictions.

8           MR. GORHAM:  I'm sorry.  I didn't hear you.

9           THE COURT:  Maybe they didn't have the courage of

10  their convictions.

11          MR. GORHAM:  Maybe not.  We won't know.

12          MR. GORHAM:  Dirty World does obtain some

13  commercial value from its posts, the traffic relating to,

14  the traffic through its post or its website relates to

15  the value of advertising.  And images are all posted with

16  advertising surrounding it as it was in this case.

17          That is my proffer, and I appreciate your

18  patience.

19          THE COURT:  Okay.  Let me just ask, why do you

20  think the proffer would make any difference in terms of

21  my ultimate conclusion?

22          MR. GORHAM:  Well, on the fair use issue,

23  Mr. Richie's clarification that he has no real meaning or

24  purpose in saying this would bear on fair use.  The other

25  topics, I read the tentative, and you said that those
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    issues are solely relating to the MCA.  So, in the

2    abstract, if there was an appeal on fair use and the

3    court of appeal looked at the issue and decided it is not

4    fair use, but there is an alternative ground for summary

5    judgment, those issues might bear on that issue in that

6    instance.

7         THE COURT:  All right.  Thank you.

8              Anything from the defense?

9         MR. GINGRAS:  I don't think so, your Honor, other

10   than to say, the argument about the commentary not being

11   highly valuable, I tried very hard to not defend --

12        THE COURT:  I don't think he is really making that

13   argument because if he is making that argument, I would

14   obviously reject it because we don't necessarily evaluate

15   the commentary per se other than to observe that it, in

16   fact, is commentary.  In other words, I think once it

17   becomes commentary, it is part of the transformative

18   process.

19        MR. GINGRAS:  Right.  And once you make that

20   determination, I don't think there is any sort of a

21   grading, A to F scale, of how much value we assigned to

22   it.  And when I looked at your Honor's tentative, that

23   Footnote 7 made that commentary about should there be

24   some sort of evaluation of the value of the commentary as

25   part of the fair use analysis.

```
 1            And I don't think there is any grounds for

 2    that or any authority for that right now, but the only

 3    comment I wanted to make was that we live in a world of

 4    140 character tweets where our president thinks that that

 5    is a method of communicating which some people like and

 6    some people don't like, but the sort of conciseness of a

 7    commentary or my client's inability to explain what he

 8    meant about the ears and so forth, it doesn't change it.

 9    It is still commentary.  It may be very low value

10    commentary, but it is still commentary.

11            And we will stipulate that the plaintiff's

12    wife is not ugly.

13        MR. GORHAM:  Thank you.

14        THE COURT:  I am sure he is going to take great

15    solace.  He is going to run home tonight and say honey,

16    honey.

17        MR. GORHAM:  I don't think my clients are worried

18    about that.

19        THE COURT:  All right.  Anything else from either

20    side?

21        MR. GORHAM:  No.  I think there are some case

22    management issues.  We still have a cross-complaint.  We

23    have a request from Mr. Gingras to continue the

24    settlement conference or something like that.

25        THE COURT:  That is true.
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    MR. GINGRAS:  And I think based on the court's

2    ruling that I will talk to plaintiff's counsel, and we

3    will discuss possible resolution of that.

4         THE COURT:  Okay.  All right.  What are the

5    precise next dates that we have at this point?

6         MR. GORHAM:  We have trial on the appropriate date

7    of Halloween.

8         THE COURT:  Okay.  Well, I presume this matter is

9    going to be resolved before Halloween.

10        MR. GORHAM:  We would hope so.

11        THE COURT:  Yes.  Why don't we do this:  Let me

12   just leave all the dates where they are.  Why don't you

13   guys go back and see if you can resolve the matter.  And

14   if you can, that is great.  If you can't, then we will

15   talk about potentially changing the dates if necessary.

16   But, frankly, I don't really see what there is.  I mean,

17   even if this case went to trial, it is -- there is not

18   going to be much there to try.

19        MR. GORHAM:  Could be one hour.

20        MR. GORHAM:  That is the first time that statement

21   has ever been true.

22        THE COURT:  Thank you very much, gentlemen.  It

23   was a pleasure with you guys.

24        MR. GINGRAS:  Thank you, your Honor.

25        MR. GORHAM:  Thank you, your Honor.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1          THE COURT:  Let me give you -- you are going to

2    give me a proposed judgment on this?

3          MR. GINGRAS:  Sure.

4          THE COURT:  Okay.  Thank you.

5    (Proceedings concluded.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1                        CERTIFICATE

 2

 3

 4   I hereby certify that pursuant to Section 753, Title 28,

 5   United States Code, the foregoing is a true and correct

 6   transcript of the stenographically reported proceedings held

 7   in the above-entitled matter and that the transcript page

 8   format is in conformance with the regulations of the

 9   Judicial Conference of the United States.

10   Date:  November 15, 2017

11

12    /s/ Katie Thibodeaux, CSR No. 9858, RPR, CRR

13

14

15

16

17

18

19

20

21

22

23

24

25
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

MR. GINGRAS: [6]  3/10 10/8
10/18 11/25 12/23 13/2
MR. GORHAM: [24]
THE COURT: [27]

/

/s [1]  14/12

1

106-243 [1]  2/10
10:07 [1]  3/2
11333 [1]  2/5
140 [1]  11/4
15 [1]  14/10
16-9179 [1]  1/8
1st [1]  1/20

2

2017 [3]  1/15 3/1 14/10
243 [1]  2/10
27 [2]  1/15 3/1
28 [1]  14/4

3

350 [1]  1/20
3941 [1]  2/10

4

4311 [1]  1/20

5

56 [2]  8/9 8/14

7

753 [1]  14/4

8

85048 [1]  2/11

9

90012 [1]  1/21
90025 [1]  2/5
9179 [1]  1/8
9858 [2]  1/19 14/12

A

A.M [1]  3/2
able [1]  9/3
about [14]
above [1]  14/7
above-entitled [1]  14/7
absolutely [1]  8/1
abstract [1]  10/2
According [1]  8/24
achieved [1]  6/20
actually [1]  5/13
addressed [1]  3/24
advertising [2]  9/15 9/16
after [2]  9/2 9/2
again [2]  6/8 6/17
agree [2]  3/25 7/25
al [1]  1/9
all [17]
allowed [1]  8/14
almost [3]  5/22 5/25 6/23
alter [1]  7/20
alternative [1]  10/4
am [2]  5/6 11/14
analogous [1]  7/10
analysis [1]  10/25
ANDERSON [1]  2/4
ANGELES [4]  1/14 1/21 2/5
3/1
any [8]
anything [3]  7/20 10/8 11/19
appeal [2]  10/2 10/3
appear [1]  8/17

APPEARANCES [1]  2/1
appeared [2]  11/15/17
appropriate [1]  12/6
are [15]
argue [2]  3/20 6/20
arguing [2]  6/12 6/13
argument [6]  4/20 4/24 5/22
10/10 10/13 10/13
as [8]
ask [2]  4/25 9/19
assigned [1]  10/21
attempt [1]  7/21
attractive [1]  6/3
authority [1]  11/2
automatically [1]  8/17
Avenue [1]  2/5
AZ [1]  2/11

B

back [1]  12/13
balance [1]  4/9
banners [1]  7/17
based [1]  12/1
basis [1]  8/14
be [12]
bear [2]  9/24 10/5
because [7]  4/8 5/14 5/24
6/17 7/24 10/13 10/14
becomes [1]  10/17
been [1]  12/21
before [2]  8/25 12/9
behalf [2]  3/8 3/12
being [3]  6/3 7/13 10/10
belabor [1]  4/21
beyond [1]  5/10
bit [2]  4/1 4/20
blog [1]  7/11
both [1]  3/17
Boulevard [1]  2/10
brought [1]  4/17
bubble [1]  5/20
busting [1]  5/20

C

CA [2]  1/21 2/5
CALIFORNIA [3]  1/2 1/14 3/1
call [1]  3/6
can [5]  3/25 6/5 6/7 12/13
12/14
can't [1]  12/14
cap [1]  7/16
cartoon [1]  7/15
case [4]  7/9 9/16 11/21
12/17
cases [1]  8/19
CENTRAL [1]  1/2
certain [2]  5/20 7/3
certainly [3]  3/24 4/19 6/6
CERTIFICATE [1]  14/1
certify [1]  14/4
cetera [3]  3/15 5/15 5/16
Chandler [1]  2/10
change [2]  7/21 11/8
changes [3]  7/13 8/19 8/20
changing [1]  12/15
character [1]  11/4
clarification [1]  9/23
client's [1]  11/7
clients [1]  11/17
Close [1]  3/7
Code [1]  14/5
comedians [1]  6/25
comment [6]  4/25 5/17 7/1
7/22 7/25 11/3
commentary [25]
commentator [2]  6/2 7/19
commented [1]  5/6
commenter [1]  5/12

commenting [1]  7/12
comments [1]  5/21
commercial [7]  4/12 4/12 7/6
7/6 7/7 7/11 9/13
communicating [1]  11/5
complaint [1]  11/22
conciseness [1]  11/6
concluded [2]  4/6 13/5
conclusion [1]  9/21
conference [2]  11/24 14/9
confirm [1]  9/5
conformance [1]  14/8
considered [2]  5/23 6/5
consisting [1]  4/13
constitutes [1]  6/14
content [3]  8/18 8/18 8/19
context [3]  4/24 7/5 7/8
continue [1]  11/23
convictions [2]  9/7 9/10
copyright [1]  8/4
correct [1]  14/5
could [3]  5/22 5/23 12/19
couldn't [1]  4/25
counsel [2]  2/1 12/2
courage [2]  9/7 9/9
court [3]  1/1 1/19 10/3
court's [1]  12/1
critical [1]  4/7
cross [1]  11/22
cross-complaint [1]  11/22
CRR [1]  14/12
crude [1]  6/9
CSR [2]  1/19 14/12
CV [1]  1/8

D

date [2]  12/6 14/10
dates [3]  12/5 12/12 12/15
DAVID [2]  2/9 3/11
deadline [1]  3/15
decided [1]  10/3
defend [1]  10/11
defendant [3]  1/9 2/8 3/12
defense [1]  10/8
demonstrating [1]  9/6
depicted [1]  6/3
depose [1]  8/11
deposition [3]  4/23 4/24
8/12
determination [1]  10/20
did [8]
didn't [4]  4/18 9/7 9/8 9/9
difference [1]  9/20
Dirty [14]
disagree [3]  4/3 4/4 8/5
discuss [1]  12/3
disdainfully [1]  5/6
disputes [1]  4/1
distinguishable [1]  7/9
DISTRICT [3]  1/1 1/2 1/4
DIVISION [1]  1/2
do [7]  4/20 4/21 6/15 8/14
8/16 9/19 12/11
does [4]  4/9 6/16 9/5 9/12
doesn't [1]  11/8
don't [14]
down [2]  4/2 9/4
drives [1]  5/18
dunce [1]  7/16

E

ears [4]  4/16 5/4 5/6 11/8
effect [2]  4/18 5/19
either [1]  11/19
else [1]  11/19
engages [1]  8/15
entitled [1]  14/7
et [4]  1/9 3/15 5/15 5/15

**E**

evaluate [1]   10/1
evaluation [1]   10/24
even [2]   6/2 12/17
ever [1]   12/21
every [1]   3/24
existing [1]   7/25
expeditiously [1]   8/22
explain [1]   11/7
extend [1]   3/14
extent [1]   4/4
eye [1]   5/11

**F**

face [1]   4/17
Facebook [1]   4/11
fact [3]   5/15 6/24 10/16
factual [1]   3/25
fair [6]   4/24 9/22 9/24 10/2
  10/4 10/25
feel [1]   7/19
figure [1]   7/12
filtered [1]   4/2
filters [1]   8/18
first [1]   12/20
flag [1]   8/24
following [2]   8/13 8/13
Footnote [2]   6/17 10/23
foregoing [1]   14/5
format [3]   6/6 6/7 14/8
forth [1]   11/8
found [1]   7/10
frankly [1]   12/16
fundamental [1]   4/3

**G**

gain [1]   4/12
GARY [2]   2/4 3/8
gentlemen [1]   12/22
GEORGE [1]   1/3
GINGRAS [4]   2/9 2/9 3/12
  11/23
give [2]   13/1 13/2
go [1]   12/13
going [7]   6/2 6/5 11/14
  11/15 12/9 12/18 13/1
Good [1]   3/11
GORHAM [3]   2/4 2/4 3/8
grading [1]   10/21
great [2]   11/14 12/14
ground [1]   10/4
grounds [1]   11/1
guys [2]   12/13 12/23
GW [1]   1/8

**H**

had [3]   4/18 7/11 7/13
half [1]   6/2
Halloween [2]   12/7 12/9
hand [1]   5/17
hard [1]   10/11
has [4]   5/4 5/18 9/23 12/21
have [13]
he [13]
hear [1]   9/8
held [1]   14/6
her [4]   4/15 5/3 5/6 5/17
here [4]   3/13 5/14 6/5 7/18
hereby [1]   14/4
highly [3]   4/7 7/9 10/11
him [2]   4/25 5/18
his [1]   4/23
home [1]   11/15
honey [2]   11/15 11/16
Honor [11]
Honor's [1]   10/22
HONORABLE [1]   1/3
hope [1]   12/10

hour [1]   12/19
humor [1]   6/9
humorous [1]   7/2
husband [1]   5/18

**I**

I'm [1]   9/8
image [10]
images [5]   7/13 8/16 8/21
  8/21 9/15
inability [1]   11/7
includes [1]   8/19
indicated [1]   6/17
indicia [1]   8/24
infringement [1]   8/24
instance [2]   7/14 14/6
Iowa [1]   2/5
ironic [1]   5/14
is [65]
issue [7]   3/24 4/3 4/8 8/9
  9/22 10/3 10/5
issued [1]   3/16
issues [3]   10/1 10/5 11/22
it [46]
its [5]   6/20 8/23 9/13 9/14
  9/14
itself [3]   7/22 8/2 8/3

**J**

jealousy [1]   5/25
JUDGE [1]   1/4
judgment [5]   3/14 9/1 9/3
  10/5 13/2
Judicial [1]   14/9
JULY [2]   1/15 3/1
just [5]   5/8 7/24 8/25 9/19
  12/12
juvenile [2]   5/21 6/7
juxtaposition [1]   5/17

**K**

KATIE [2]   1/19 14/12
Katz [2]   7/10 7/11
kind [4]   5/16 5/19 5/25 6/23
know [6]   5/14 5/24 6/6 6/9
  9/1 9/11

**L**

Lamas [2]   4/15 8/12
Lamas-Richie [1]   4/15
later [1]   4/20
lauded [1]   6/8
law [3]   2/4 2/9 4/1
learn [1]   4/22
learned [1]   8/13
leave [1]   12/12
Let [4]   3/6 9/19 12/11 13/1
like [11]
little [2]   4/1 4/20
live [1]   11/3
LLC [1]   1/9
locate [1]   9/3
look [2]   7/5 7/9
looked [2]   10/3 10/22
LOS [4]   1/14 1/21 2/5 3/1
lot [1]   6/4
low [1]   11/9

**M**

made [2]   8/21 10/23
make [7]   4/22 5/22 7/20 8/8
  9/20 10/19 11/3
makes [1]   5/18
making [4]   5/24 7/1 10/12
  10/13
management [1]   11/22

matter [4]   3/6 12/8 12/13
may [2]   6/19 11/9
Maybe [2]   9/9 9/11
MCA [1]   10/1
me [7]   3/6 4/16 5/1 9/19
  12/11 13/1 13/2
mean [2]   6/4 6/23 12/16
meaning [1]   9/23
meant [2]   4/25 11/8
mediation [1]   3/15
method [1]   11/5
Miami [1]   7/13
might [1]   10/5
minimal [3]   3/25 4/12 8/2
mockery [1]   7/16
MONDAY [2]   1/15 3/1
morning [1]   3/11
motion [3]   3/13 3/14 4/8
Mr. [6]   3/9 4/15 4/23 8/12
  9/23 11/23
Mr. Gingras [1]   11/23
Mr. Lamas-Richie [1]   8/12
Mr. Nik [1]   4/15
Mr. Richie [1]   4/23
Mr. Richie's [1]   9/23
Mr. Weinberg [1]   3/9
much [3]   10/21 12/18 12/22
my [5]   4/20 9/17 9/21 11/7
  11/17

**N**

necessarily [2]   6/8 10/14
necessary [1]   12/15
need [2]   4/22 7/24
needed [1]   7/19
next [2]   7/1 12/5
Nik [1]   4/15
no [6]   1/8 7/24 8/1 9/23
  11/21 14/12
non [1]   7/11
non-commercial [1]   7/11
not [21]
November [1]   14/10
now [2]   6/19 11/2
Number [1]   8/22

**O**

observe [1]   10/15
obtain [1]   9/12
obviously [1]   10/14
offer [1]   4/22
OFFICE [1]   2/9
Official [1]   1/19
Okay [5]   8/7 9/19 12/4 12/8
  13/4
once [2]   10/16 10/19
one [9]
One could [1]   5/22
one hand [1]   5/17
one hour [1]   12/19
one may [1]   6/19
one of [3]   4/13 4/19 5/10
one way [1]   4/9
One wonders [1]   6/1
only [2]   7/11 11/2
opportunity [1]   8/11
ostensibly [1]   6/2
other [6]   4/9 5/1 9/24 10/9
  10/15 10/16
our [1]   11/4
out [2]   6/2 7/3
over [1]   7/15
owner [1]   4/15

**P**

page [2]   4/11 14/7
papers [1]   9/2

**P**

part [3] 7/18 10/17 10/25
parties [1] 4/3
patience [1] 9/18
Paul [1] 1/6
people [2] 11/5 11/6
per [1] 10/15
perhaps [1] 9/7
person [2] 5/24 6/3
persons [1] 6/1
Phoenix [1] 2/11
photograph [1] 7/15
picture [3] 6/3 6/25 7/22
pin [1] 5/20
pin-pricking [1] 5/20
placement [2] 7/16 7/17
plaintiff [3] 1/7 2/3 3/9
plaintiff's [2] 11/11 12/2
plane [2] 5/18 5/18
Please [1] 3/21
pleasure [1] 12/23
PLLC [1] 2/9
point [7] 4/21 5/9 6/11 7/4
  7/20 7/22 12/5
points [1] 7/3
possible [1] 12/3
post [1] 9/14
posted [2] 7/14 9/15
posts [1] 9/13
potentially [2] 6/4 12/15
precise [1] 12/5
president [1] 11/4
PRESIDING [1] 1/4
presume [2] 3/16 12/8
pricking [1] 5/20
proceedings [1] 1/13 13/5
  14/6
process [2] 8/16 10/18
proffer [3] 8/8 9/17 9/20
prominence [1] 7/12
proof [1] 4/22
proposed [1] 13/2
public [1] 7/12
publication [1] 4/11
published [1] 4/11
purpose [3] 6/19 6/20 9/24
purposes [2] 7/7 9/1
pursuant [1] 14/4

**R**

RASKIN [1] 2/4
read [2] 4/5 9/25
real [1] 9/23
really [3] 4/8 10/12 12/16
receipt [1] 8/23
red [1] 8/23
regulations [1] 14/8
reject [1] 10/14
relates [1] 5/15
relating [2] 9/13 10/1
remove [2] 8/23 8/25
reported [1] 14/6
Reporter [1] 1/19
REPORTER'S [1] 1/13
request [1] 11/23
resolution [1] 12/3
resolve [1] 12/13
resolved [1] 12/9
respectfully [1] 8/5
review [1] 8/19
Richie [3] 4/15 4/23 8/12
Richie's [1] 9/23
right [11]
RPR [1] 14/12
rule [1] 7/7
ruling [3] 4/6 5/6 12/2
run [1] 11/15

**S**

said [2] 5/5 6/21
say [3] 6/7 10/10 11/15
saying [2] 7/23 9/24
scale [1] 10/21
SCOTT [1] 2/9
se [1] 10/15
Section [1] 14/4
see [5] 4/10 6/24 6/24 12/13
  12/16
seen [2] 3/17 3/18
selected [1] 4/11
selection [1] 8/15
selects [1] 8/18
sense [1] 7/2
settlement [1] 11/24
sexy [1] 5/19
should [1] 10/23
showing [1] 6/25
side [1] 11/20
sides [1] 3/17
sincerely [1] 5/3
site [5] 4/15 7/6 8/21 8/23
  9/3
smile [1] 4/17
so [9]
social [1] 6/12
solace [1] 11/15
solely [1] 10/1
some [9]
Somebody [1] 3/20
something [7] 3/20 5/19 6/8
  6/18 7/1 7/21 11/24
sometimes [2] 6/9 8/20
somewhat [2] 5/14 7/10
sorry [1] 9/8
sort [7] 4/2 6/10 6/19 6/21
  10/20 10/24 11/6
statement [3] 4/13 5/10
  12/20
STATES [4] 1/1 1/4 14/5 14/9
stenographically [1] 14/6
still [3] 11/9 11/10 11/22
stipulate [1] 11/11
strategic [1] 9/1
Street [1] 1/20
subject [1] 5/15
subjects [2] 4/14 5/11
submission [1] 9/2
submit [1] 8/13
submitted [2] 8/16 8/21
subsequently [1] 9/4
substantial [1] 7/13
sufficient [1] 6/16
Suite [1] 1/20
summary [4] 3/14 8/25 9/3
  10/4
superimposed [1] 7/15
sure [3] 5/7 11/14 13/3
surrounding [1] 9/16

**T**

take [1] 11/14
taken [1] 9/4
talk [3] 4/1 12/2 12/15
talking [1] 7/6
tell [1] 5/1
tentative [7] 3/16 3/18 3/24
  4/4 4/5 9/25 10/22
terms [2] 6/19 9/20
than [3] 5/1 10/10 10/15
thank [7] 3/23 10/7 11/13
  12/12 12/24 12/25 13/4
that [74]
their [2] 9/7 9/10
then [2] 7/1 12/14
there [20]
therefore [1] 7/20

**these** [1] 3/16
THIBODEAUX [2] 1/19 14/12
thing [3] 5/13 5/25 7/18
things [6] 4/20 5/20 6/4 6/9
  6/25 7/3
think [24]
thinks [1] 11/4
Third [1] 9/5
this [16]
thorough [1] 3/24
those [2] 9/25 10/5
through [1] 9/14
time [3] 6/24 6/24 12/20
tip [1] 4/9
Title [1] 14/4
tonight [1] 11/15
topics [1] 9/25
traffic [2] 9/13 9/14
transcript [3] 1/13 14/6
  14/7
transform [1] 7/24
transformation [1] 8/1
transformative [6] 4/5 4/7
  5/4 7/2 8/3 10/17
trial [2] 12/6 12/17
tried [1] 10/11
true [4] 5/7 11/25 12/21
  14/5
try [1] 12/18
tweets [1] 11/4
two [1] 8/22
type [1] 5/25

**U**

U.S [1] 1/19
ugly [3] 4/14 5/15 11/12
ultimate [1] 9/21
unattractive [1] 5/11
understand [4] 6/11 6/15
  6/22 7/4
UNITED [4] 1/1 1/4 14/5 14/9
until [1] 8/25
upon [1] 8/23
use [8]
utility [1] 6/12

**V**

valuable [1] 10/11
value [7] 5/4 7/8 9/13 9/15
  10/21 10/24 11/9
versus [1] 3/7
very [5] 3/25 5/21 10/11
  11/9 12/22
vetting [1] 8/15

**W**

want [1] 3/20
wanted [1] 11/3
was [15]
way [2] 4/9 5/21
we [27]
website [3] 4/12 8/17 9/14
Weinberg [3] 1/6 3/7 3/9
Well [3] 4/19 9/22 12/8
went [1] 12/17
were [3] 3/25 9/3
West [1] 1/20
WESTERN [1] 1/2
what [9]
whatsoever [1] 5/5
when [3] 7/8 7/21 10/22
where [3] 4/6 11/4 12/2
whether [4] 6/1 6/14 6/20
  8/2
which [7] 4/3 4/20 4/21 5/4
  7/8 7/10 11/5
who [1] 5/24

## W

**why [4]** 7/20 9/19 12/11
12/12
**wife [1]** 11/12
**will [8]**
**without [1]** 6/18
**won't [1]** 9/11
**wonders [1]** 6/1
**Word [1]** 3/7
**words [1]** 10/16
**world [12]**
**World's [2]** 4/23 8/17
**worried [4]** 5/1 5/3 5/8
11/17
**worry [1]** 4/16
**would [7]** 7/21 8/8 8/13 9/20
9/24 10/13 12/10
**WU [1]** 1/3

## Y

**Yes [2]** 3/21 12/11
**you [33]**
**your [18]**